UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JAMES P. STAFF,

                       Petitioner,

-against-

UNITED STATES OF AMERICA,

                       Respondent.

------------------------------------------------------------ X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 04 2006 ★

99 MC 262 (RMRR) (RLM)
TIME A.M. _____

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated December 6, 2006, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Having conducted a *de novo* review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court dismisses this action for failure to prosecute. The Clerk of the Court is directed to close the case.

    SO ORDERED.

                                              Allyne R. Ross
                                              United States District Judge

Dated: December 28, 2006
       Brooklyn, New York

SERVICE LIST:

        James P. Staff
        280 Bronxville Road, Apt. 3X
        Bronxville, NY 10708

        Judith Philips
        Assistant United States Attorney
        U.S. Attorney's Office
        Eastern District of New York
        147 Pierrepont Plaza
        Brooklyn, NY 11201


cc:       Magistrate Roanne L. Mann